FILED
February 19, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:       DT
                    Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | Case No: EP:25-CR-00274-LS |
| Plaintiff, § § | **I N D I C T M E N T** |
| v. § § | **CT 1:** 18 USC § 111(a)(1) - Assault on a Federal Officer |
| DAIKELY YULIANYS LOPEZ-CEDENO, § § § | |
| Defendant. § | |

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>
(18 U.S.C. §§ 111(a)(1))

On or about January 14, 2025, in the Western District of Texas, Defendant,

**DAIKELY YULIANYS LOPEZ-CEDENO,**

intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, interfered with E.L., a person designated in Title 18, United States Code, Section 1114, by biting her right forearm. At the time E.L. was engaged in the performance of official duties, all in violation of Title 18, United States Code, Sections 111(a)(1).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

MARGARET F. LEACHMAN

BY: _____
Assistant U.S. Attorney