United States District Court
District Court
Exhibits Log: 3:25-CR-00274-LS
United States of America v. Daikely Yulianys Lopez-Cedeno, 4/22/2025

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-1 | Map of Facility | Yes |
| Gov-2 | In Processing Procedures | Yes |
| Gov-3 | Detainee Handbook | Yes |
| Gov-4 | Photos of In Processing Room | Yes |
| Gov-4-a | Entry | Yes |
| Gov-4-b | Bench | Yes |
| Gov-4-c | Single Cell | Yes |
| Gov-4-d | In Processing Room | Yes |
| Gov-5 | Video of In Processing Room | Yes |
| Gov-6 | Outside Video | Yes |
| Gov-6-a | Outside Video | Yes |
| Gov-7 | Outside of SHU | Yes |
| Gov-7-a | Outside of SHU | Yes |
| Gov-8 | SHU D Video | Yes |
| Gov-8-a | SHU D Video | Yes |
| Gov-9 | Puncture Wound | Yes |
| Gov-9-a | Puncture Right | Yes |
| Gov-9-b | Puncture Top | Yes |
| Gov-10-a | Left View | Yes |
| Gov-10-b | Right View | Yes |
| Gov-11 | Miranda Waiver | Yes |
| Gov-12 | Video of Post Arrest Interview | Yes |
| Gov-12-a | Transcript | Yes |
| Gov-12-b | Post-Arrest Interview-synced | Yes |
| Gov-13 | Photos of Def | Yes |
| Gov-13-a | Wrists | Yes |
| Gov-13-b | Right Arm | Yes |
| Gov-13-c | Left Arm | Yes |
| Gov-13-d | Arm | Yes |
| Gov-13-e | Neck | Yes |
| Gov-19 | Padded Cell Door | Yes |
| Gov-20 | Cell Padding | Yes |
| Def-1 | Surveillance footage 2025-04-18 00.48.29 | Yes |
| Def-2 | Interview video of D. Lopez-Cedeno 2025-04-18 00.48.30 | Yes |
| Def-3 | Photos of right arm of ICE CDO E. Lopez 2025-04-18 00.48.30 | Yes |
| Def-6 | Photos of D. Lopez-Cedeno 1 14 25 2025-04-18 00.48.34 | Yes |
| Def-7 | Holding Room Log 2025-04-18 00.48.38 | Yes |
| Def-8 | Video of the In-Processing area 2025-04-18 00.48.53 | Yes |
| Def-8-A | Photos of the In-Processing 2025-04-18 00.48.57 | Yes |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Def-8-B | Video of the inside of holding cell 2025-04-18 00.49.09 | Yes |
| Def-8-C | Photo of the inside of holding cell 2025-04-18 00.51.23 | Yes |
| Def-8-D | Photos of info for detainees 2025-04-18 00.51.44 | Yes |
| Def-9 | Video entering the padded cell 2025-04-18 00.52.03 | Yes |
| Def-9-B | Video of the padded cell wall 2025-04-18 00.53.35 | Yes |
| Def-11 | Photos of clothing worn by ICE CDO E. Lopez 2025-04-18 00.53.53 | Yes |
| Def-14 | 2023 In-Process Procedures Memo 2025-04-18 00.48.17 | Yes |
| Def-17 | 2021 EPC Detainee Handbook 2025-04-18 00.48.20 | Yes |
| Def-25 | ICE CDOs Work Schedule - screenshot 2025-04-18 00.48.29 | Yes |